# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY AG & SPECIALTIES, INC. et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00357-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>DEADLINE: MAY 25, 2018 |

Plaintiff Jose Acosta filed this action on March 14, 2018. On April 17, 2018, Plaintiff filed a notice of settlement indicating that the action has been settled as to all defendants. Pursuant to Plaintiff's notice of settlement, IT IS HEREBY ORDERED that:

　　1.　　All pending dates and matters are VACATED; and

　　2.　　Plaintiff shall file dispositional documents on or before May 25, 2018.

IT IS SO ORDERED.

Dated: __**April 18, 2018**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1